# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 21, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126509(53)(56)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

RICKY ALLEN PARKS,
       Defendant-Appellant.
_____

SC: 126509
COA: 244553
Shiawassee CC: 02-007574-FC

     On order of the Chief Justice, motions by defendant-appellant and by plaintiff-appellee for extension of the time for filing their supplemental briefs are considered and, it appearing the briefs were filed August 18, 2008, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 21, 2008

                              Clerk